1   Steven P. Rice (State Bar No. 94321)          ***E-FILED 02-017-2010***
        srice@crowell.com
2   CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
3   Irvine, California  92614-8505
    Telephone:      (949) 263-8400
4   Facsimile:      (949) 263-8414

5   Attorneys for Defendant and Counterclaimant
    BAE Systems Land & Armaments LP

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11  MACH-T3 ENGINEERING, LLC,            CASE NO. C09 03886 HRL

12              Plaintiff,               Hon. Howard R. Lloyd

13      v.                               **STIPULATION TO EXTEND ADR
                                         COMPLETION DEADLINE FOR 12
14  BAE SYSTEMS LAND & ARMAMENTS         DAYS**
    LP,
15                                       **AND ORDER**
                Defendant.
16  _____

17  BAE SYSTEMS LAND & ARMAMENTS
    LP,
18
                Counterclaimant,
19
        v.
20
    MACH-T3 ENGINEERING, LLC,
21
                Counterdefendant.
22  _____

23          WHEREAS, the parties met and conferred regarding ADR and stipulated, pursuant to Civil

24  L.R. 16-8 and ADR L.R. 3-5, to private ADR;

25          WHEREAS, on November 19, 2009 and based on the parties' stipulation, the Court

26  ordered (Dkt. No. 11) that the matter is referred to private ADR and that ADR shall be completed

27  within 90 days of the Court's order, *i.e.*, by February 17, 2010;

28  / / /

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
(949) 263-8400

1    WHEREAS, the parties agreed to use the Hon. James Warren (Ret.), of JAMS, as mediator

2  and further agreed to February 16, 2010 as the date of the mediation;

3    WHEREAS, the parties timely submitted their mediation statements to the mediator on

4  February 9, 2010;

5    WHEREAS, on February 10, 2010, counsel for defendant was advised that his client's

6  intended representative at the mediation, who was in Australia on business but had expected to

7  return to California in plenty of time for the mediation, would be unavoidably delayed in his return

8  to California and would not be able to attend the February 16 mediation;

9    WHEREAS, defendants' counsel immediately the same day, February 10, 2010, advised

10  plaintiff's counsel and JAMS of the situation and arranged, with the consent of all concerned, to

11  reschedule the mediation for February 22, 2010;

12    NOW, THEREFORE, IT IS STIPULATED that the deadline for completion of ADR in

13  this matter is extended from February 17, 2010 to March 1, 2010.  The extension of the ADR

14  completion deadline will not require that any other court-ordered dates in this litigation be

15  extended or otherwise changed.

16  DATED:  February 16, 2010          CROWELL & MORING LLP

17

18                                By:  /s/ *Steven P. Rice*
19                                     Steven P. Rice
                                     Attorneys for Defendant and Counterclaimant
20                                     BAE Systems Land & Armaments LP

21  DATED:  February 16, 2010          PHILLIP J. GRIEGO & ASSOCIATES

22

23                                By:  /s/ *Robert Nuddleman*
24                                     Robert Nuddleman
                                     Attorneys for Plaintiff and Counterdefendant
25                                     MACH-T3 Engineering, LLC

26      PURSUANT TO STIPULATION, IT IS SO ORDERED.
                17
27  DATED:  February XX, 2010          _____
                                     Magistrate Judge, United States District Court
28  DC10427136.1
                                     Howard R. Lloyd

crowell moring

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400