**United States District Court**
For the Northern District of California

1

2                                              ***E-FILED 02-26-2010***

3

4

5

6

7                                    NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12   MACH-T3 ENGINEERING, LLC,              No. C09-03886 HRL

          Plaintiff,                        **ORDER VACATING MOTION**
13                                          **HEARING**

14     v.

15   BAE SYSTEMS LAND & ARMAMENTS LP,

16        Defendant.
     _____/

17   BAE SYSTEMS LAND & ARMAMENTS LP,

18        Counterclaimant,

19     v.

20   MACH-T3 ENGINEERING, LLC,

21        Counterdefendant.
     _____/

22

23        Plaintiff's motion for leave to file an amended complaint (Docket No. 20) is deemed

24   suitable for determination without oral argument, and the March 2, 2010 hearing is vacated.

25   CIV. L.R. 7-1(b).  The matter is deemed submitted on the papers.

26        SO ORDERED.

27   Dated:   February 26, 2010

28                                          _____
                                            HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE

1   5:09-cv-03886-HRL Notice has been electronically mailed to:

2   Robert Edward Nuddleman robert@griegolaw.com

3   Steven Paul Rice srice@crowell.com, sfortelny@crowell.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California