*E-FILED 03-22-2010*

ROBERT E. NUDDLEMAN SBN 190269
PHILLIP J. GRIEGO & ASSOCIATES
95 South Market Street, Suite 520
San Jose, CA 95113
Tel. 408-293-6341
Fax 408-293-1959
Email: Robert@griegolaw.com

Attorneys for Plaintiff and
Counterdefendant, MACH-T3 Engineering, LLC

STEVEN P. RICE SBN 094321
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel. 949-263-8400
Fax 949-263-8414
Email: srice@crowell.com

Attorneys for Defendant and
Counterclaimant, BAE Systems Land &
Armaments LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACH-T3 Engineering, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAE Systems Land & Armaments LP,<br><br>Defendants.<br><br>And Related Cross-claims | CASE NUMBER C09 03886 HRL<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br>(Fed. R. Civil P. 41(a)(1)(A)(ii)) |

Plaintiff MACH-T3 Engineering, LLC, by and through its counsel of record, and Defendant BAE Systems Land & Armaments LP, by and through its counsel of record, stipulate and hereby request the court dismiss this action including any claims and counterclaims with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: 3/22/10

By: _____
ROBERT E. NUDDLEMAN
Attorneys for Plaintiff and Counterdefendant,
MACH-T3 Engineering, LLC

Dated: 3/12/10

By: _____
STEVEN P. RICE
Attorneys for Defendant and Counterclaimant
BAE Systems Land & Armaments LP

~~[PROPOSED]~~ ORDER

Pursuant to the stipulation and request of the parties,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;
2. Each party is to bear its own attorneys' fees and costs.

Dated: March 22, 2010

_____
UNITED STATES ~~DISTRICT~~ MAGISTRATE/JUDGE
HOWARD R. LLOYD